# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAVISTA, LLC, | |
|                 Plaintiff, | 8:24CV351 |
| vs. | |
| GS LABS, LLC, | ORDER |
|                 Defendant. | |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 28) is granted and Sarah M. Dempsey is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Sarah M. Dempsey in this case.

Dated this 5th day of May, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge